**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:23-00110-TLN-CKD |
| Plaintiff, | |
| vs. | **ORDER ON PLAINTIFF'S STATUS REPORT AND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| JOHN DOE subscriber assigned IP address 192.92.0.54, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including June 17, 2023 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated:  April 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,stri.0110

1